KARL S. HALL
Reno City Attorney
MARK A. HUGHS
Deputy City Attorney
Nevada State Bar No. 5375
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Jeffrey Butler, Patrick McCauley,*
*Shelby Crawford and the City of Reno*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* ◊ \* \*

| | |
|---|---|
| MOHAMMADALI AFSHAR, | **CASE NO.:  3:24-cv-00110-MMD-CLB** |
| Plaintiff, | **ERRATA TO DEFENDANTS'** |
| vs. | **MOTION FOR SUMMARY JUDGMENT** |
| JEFFREY BUTLER, PATRICK MCCAULEY, SHELBY CRAWFORD, THE CITY OF RENO, a political subdivision of the State of Nevada, and DOES 1-X, inclusive, | |
| Defendants.        / | |

Defendants City of Reno, Jeffrey Butler, Shelby Crawford, and Patrick McCauley ("Defendants"), by and through their, Reno City Attorney Karl S. Hall and Deputy City Attorney Mark Hughs, hereby submit this Errata to the Motion for Summary Judgment (ECF 25) filed with this Court on June 30, 2025.

## ERRATA

Exhibits 4, 5, 6, 7, and 14 to the Motion for Summary Judgment (ECF 25) were uploaded to Pacer incorrectly, by filing all 5 exhibit pages together. The defendants respectfully request that the Court and counsel disregard the versions of Exhibits 4, 5, 6, 7, and 14 to the Motion for

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

-1-

Summary Judgment (ECF 25) which were filed on June 30, 2025 and substitute the attached corrected versions in place and stead thereof.

DATED this __30th__ day of June, 2025.

KARL S. HALL
Reno City Attorney


By:___/s/ Mark A. Hughs_____
MARK A. HUGHS
Deputy City Attorney
Nevada State Bar #5375
Post Office Box 1900
Reno, Nevada 89505
*Attorneys for Jeffrey Butler, Patrick McCauley, Shelby Crawford, and the City of Reno*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

_____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices or;

_____ Personal delivery.

__X___ CMECF electronic service.

_____ Federal Express or other overnight delivery.

_____ Reno/Carson Messenger Service.

addressed as follows:

Kenneth E. Lyon, III
**Law Offices of Kenneth E. Lyon, III**
333 Flint Street
Reno, NV 89501
*Attorney for Plaintiff*

DATED this __30th__ day of June, 2025.

_/s/ Terri Strickland_____
Terri Strickland
Legal Assistant

**EXHIBIT LIST**

| Exh. No. | Description | Pages |
|:---:|:---|:---:|
| 4 | Butler Accident Investigation (COR – 000439)<br>**FILED UNDER SEAL** | 1 |
| 5 | Crawford Axon Body 3 Video 2022-03-16 0152 X6031627D<br>(COR - 000442)<br>**FILED UNDER SEAL** | 1 |
| 6 | McCauley Video 2022-03-16 0152 X6031246Z (COR - 000441)<br>**FILED UNDER SEAL** | 1 |
| 7 | Butler Traffic Accident Citation O and R (COR - 000446)<br>**FILED UNDER SEAL** | 1 |
| 14 | Mohammadali Afshar Deposition<br>**MANUALLY FILED** | 1 |

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

-4-