# EXHIBIT 1

Afshar's Deposition

# EXHIBIT 1

Afshar's Deposition

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MOHAMMADALI AFSHAR                    )

      Plaintiff,                      )

  vs.                                 ) Case No.:

JEFFREY BUTLER, PATRICK MCCAULEY,    ) 3:24-cv-00110-MMD-CLB

SHELBY CRAWFORD, THE CITY OF RENO,   )

a political subdivision of the        )

State of Nevada, and DOES 1-X,        )

inclusive,                            )

     Defendants.                    )

_____)

RECORDED DEPOSITION OF MOHAMMADALI AFSHAR

Taken on October 16, 2024

At 9:04 a.m.

1 E. 1st St, 3rd Floor

Reno, NV 89501

APPEARANCES:

For Plaintiff:

KENNETH E. LYON, III, ESQ.

LAW OFFICES OF KENNETH E. LYON, III

432 Court St

Reno, Nevada 89501

For Defendant:

MARK A. HUGHS, ESQ.

DEPUTY CITY ATTORNEY

1 E. 1st St., 3rd Floor

Reno, Nevada 89501

A.   To the tavern?

Q.   Yes.

A.   Yes, I think so.

Q.   Around 11:00?

A.   Around 11:00.

Q.   Okay.  And you stayed until 1:00?

A.   Around 1:00.  This -- there's estimation, maybe like 10, 15 here and there, basically.

Q.   All right.  And then -- then what did you do?

A.   We said goodbye to Vahid and Shabnam.  They went to their home, and I picked up Reza, Armin -- Amir and Roya to take him back to 5250 Villa Verde Drive. That's where their home was.

Q.   Okay.  And did you just go directly back to 5250?

A.   Yes, sir.

Q.   Did you drop them off or did you go in into Amir's house?

A.   No, no.  I just dropped them off because it was already like 1:00 -- 1:00 -- passed 1:00 a.m.  And I was kind of preparing for the next day to kind of study and getting ready for my exams basically.

Q.   Okay.  And then from where -- there where did you go?

A.   After I probably dropped them off, just say

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI   10/16/2024

Page 48

goodbye. I didn't even take -- got off the car. Just say bye. Goodbye. Have a good night. And just exited the -- the -- the complex, driving towards home.

Q. Okay. And is that when the accident occurred?

A. Yes, sir.

Q. Okay. Tell me about that. So you left to go home, then what happened?

A. So I left -- basically, I mean, it -- if I want to paint a picture, I got out the apartment, took a left to go through this street called Escalera, I think. Took a ride.
And since I was talking to my friends, I didn't check my phones because -- because I -- I'm really close to my mom. I didn't -- I see -- because at the time, at that time of night, it's going to -- around noon or morning time in Iran. So I just wanted to see if she texted me or she wanted to call. I just picked up my phone, took a right, didn't pay attention, and I -- I crashed into the -- the car basically on that drive.

Q. So at -- at -- at the time that you actually collided with the other vehicle, were you talking on your phone or just checking it?

A. I was not. I think I -- I was -- I was

picking up to just kind of see what my mom texted or just maybe texting back, basically.  Just not paying attention to my driving, unfortunately.

Q.    Okay.  And so if I were to ask you, what caused you to run into the other vehicle, what would you say?

A.    A distraction to my phone.

Q.    How fast were you going when -- when you struck the other vehicle?

A.    25, 20 to 25.

Q.    And I imagine at some point, you came to a stop.

A.    Mm-hmm.

Q.    Where was your vehicle in relation to the -- and -- and let's -- let's fill in some blanks here.  What kind of a vehicle did you hit?

A.    I think it was a Subaru.  It's an SUV Subaru, I think.

Q.    Okay.  And it was parked, correct?

A.    It was parked.  Yes, sir.

Q.    And there was nobody in it?

A.    Nobody was in it.

Q.    And it was parked against the curb in front of a house?

A.    Yeah.  I think so, yes.

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI  10/16/2024

Page 50

Q.  So when you came to a stop, where were you and where was the Subaru?

A.  Subaru was on the curb.  I kind of -- I think the way I think I crashed to it, when I took a right, so kind of like going through this, I think by not paying attention or paying attention -- or distraction because of my phone, I didn't straighten up my -- my wheel.  So I kind of like -- like this, I kind of hit it like this basically.  So my car was in the middle of the street basically.

Q.  And where -- and your car was in the middle of the street.  Where in relation to where the first collision occurred, where the collision first started?  Am I making sense?  If not --

A.  So if -- if this is -- imagine this is the car, it was kind of like this.

Q.  Okay.  Am I correct in understanding that the Subaru you hit was propelled forward by the force of the collision, correct?

A.  I think so.  I -- I -- I -- I -- at that point, I was -- I -- I don't remember honestly.

Q.  So you don't really know where everything was located in space at the time of that accident?

A.  It -- it -- it happened so fast and the -- you know, the -- the airbag kind of deployed then, and

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI  10/16/2024

Page 52

I think it was in the Parkway.  My car was in the roadway, like basically on the road.

Q.   When you say parkway, what do you mean?  A driveway?

A.   It was parked, yeah.  By the -- by the curb.

Q.   Okay.  But when I -- when I'm speaking of roadway, let's make sure we -- we're talking about the same thing.

A.   Sure.

Q.   To me, the roadway is everything between the curbs.

A.   Yes.

Q.   Including parking spots.

A.   Okay.

Q.   So where was the Subaru after the accident?

A.   It was in the roadway, as I mentioned.

Q.   Completely?

A.   By the -- by the curb, yes.

Q.   Was the Subaru the only vehicle that -- that made contact -- well, strike that.  Let me -- let me ask it a different way.  Were there any other vehicles involved besides the Subaru and yours?

A.   Not that I noticed at the moment.

Q.   But now what do you know?

A.    After the officers informed me, yes.  I knew it was -- there was a second car right in front of the Subaru.

Q.    Okay.  And where was that car located?

A.    They told me it's around -- it was right in front of the -- the Subaru.

Q.    Okay.  Was it parked in a driveway?  Was it parked on the street at the curb?

A.    It -- it was -- it must have been at the curb, parked.

Q.    Okay.

A.    Again, just what the officers told me when they came and I came to talk to them basically.

Q.    So your airbags deployed?

A.    Yes, sir.

Q.    What else happened to your car?

A.    Deployed, just panic attack to my car.  I mean, I think -- I think the front of it was basically damaged.  I think it was -- went underneath the SUV because mine was a sedan, and then it kind of went underneath it basically.

Q.    Okay.

A.    And then --

Q.    And you're calling the Subaru an SUV?

A.    Yes.

of the damage?

A.    Yes, sir.

Q.    And the same for Exhibit 3?

A.    Yes, sir.

Q.    Now, immediately following the accident was -- what did you do?

A.    I just -- right away, I -- I started a panic attack.  I just couldn't feel like myself, you know.  I just didn't know what to do, tried to get the car out of the parkway to park it.  So I -- I don't know, leave a note or something because that's what basically people -- when you get to park the car, somebody's not there to write it down.
So when I was trying to park it, I -- I forgot the lady's name, the -- the -- the owner of the Subaru showed -- showed up, and she was really, of course, mad.  I -- I tried to calm her down while I was having my panic attack, and apologize like, you know, this is my phone.  I -- I have my information.  You -- you're going -- it's going to be taken care of.  Don't worry about it.  And of course, she was really, of course, mad.

Q.    Okay.  So you covered a lot of ground there.  I'm going to -- I'm going to try and make sure I understand everything.

So accident occurred, did you stay in your driver's seat or did you get out of the vehicle?

A.    After the accident, I got out the driver room just to see what happened, to kind of -- I just kind of like go through that shock, and I, you know, panic basically.

Q.    Okay.  So tell me if I'm wrong, but you got out of the vehicle, and you -- you took a look at the Subaru to see if it had been damaged?

A.    I --

Q.    Or what the damage was, I guess.

A.    Yes.  I -- for a second, I saw it was -- well, of course I saw it was hit and it was -- it was damaged, so I should believe something.

Q.    Okay.  And just a reminder because there will be a transcript made --

A.    Of course.

Q.    -- one person -- one of us should talk at a time.  So let me finish my question --

A.    Understood.

Q.    -- and I'll -- I'll try not to -- to interrupt you either.

A.    Sorry about that.

Q.    So you got out of your car to check the damage to the Subaru?

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI  10/16/2024                                    Page 58

A.    Yes.

Q.    Did you look to see if there was any other thing that was impacted by the accident?

A.    I -- I don't recall that I -- that I saw anything else.

Q.    Okay.  Did you notice that there was another vehicle in front of the Subaru?

A.    I did not.

Q.    Okay.  How much time passed between your getting out of the vehicle and the owner of the Subaru appearing?

A.    It's hard to tell.  I mean, I was in a -- I was in a panic.  Even, you know, in that panic state, you just don't realize anything, basically.  Time, maybe five minutes, maybe three minutes, maybe seven minutes.  Maybe -- around that time.

Q.    So at least a few minutes?

A.    At least a few minutes, yes.

Q.    And in all that time, were you just looking at the vehicles or you -- was there any other activity you were engaged in?

A.    I called Amir and I said, man, I -- I hit a car.  What should I do?  Like, I -- how can I -- what -- what is the right thing I should -- where should I -- She said like -- he said, just leave

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI  10/16/2024                                    Page 59

it.  If -- if there's nobody coming out, leave a note, and just tell them -- put your phone number and information so they can contact you for the -- you know, for the damages, and of course insurance purposes.  And then you can just, you know, come back home and feel better, basically.  Take care of yourself.  Because I was in a panic mode.  And he knows that I'm -- I'm -- I've -- I've had a very severe panic situation and that was -- that's what happened and our activity, basically.

Q.   When you say you're in -- in panic mode, what does that mean?

A.   Heart palpation.  You feel like you're dying.  Suffocation.  Feeling you're -- you're fainting, kind of.  And then you -- you just -- you kind of basically, you feel like you're dying.

Q.   And did it -- that come on immediately when the accident occurred?

A.   Right.  Yes.

Q.   Now eventually the owners -- the owner came out?

A.   Yes.

Q.   Who spoke to whom first?

A.   I think she -- she came at me and started yelling.  I think -- I think I was at the point at

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI  10/16/2024

Page 60

trying to park my car and get back to kind of leaving a note. And she -- she thought maybe that, you know, I'm -- I've tried to run away, I think. I just -- right away, I -- I stopped. I got out. I was like, please calm down. I'm -- I'm not leaving. I'm just trying to give you the information. You're going to be taken care of. And she was, of course, very panicked and very, of course, angry. And I tried to calm her down, show her my the picture of my insurance information so she can get my information, so she can, you know, call the company and, of course, get the what she deserves.

Q.    Okay.  I think I missed something in the -- in the -- what happened over that span of time.  So you got out of your vehicle and you checked the damage to the other vehicle?

A.    Yes.

Q.    Did you then get back in your vehicle before the owner came out?

A.    Yes.

Q.    And was your car still running?

A.    Don't recall, honestly.  I don't remember.

Q.    Okay.  You indicated you were trying to maneuver it?

A.    I was trying to get it out of the way.  I parked it on the other side, basically.  Just kind of

like, get it back on the curb from the middle of the street.

Q.    Okay.   Was it -- was it not near the curb at --

A.    It -- it was not, I think.   It was -- it was -- half of it was in the middle of the road.

Q.    Okay.   So in doing that, what did you need to do to maneuver your car?

A.    Just back up and then kind of do a kind of like a U, basically, and park on the other side, basically.

Q.    So you were going to park across the street?

A.    Across the street, basically.

Q.    Okay.   Had you started moving your vehicle before the Subaru owner came out?

A.    Yes.

Q.    Where, within the roadway, were you located when you first noticed that owner?

A.    Right in the middle.

Q.    Okay.   Were you still oriented with one of the lanes?

A.    Could you repeat that?   What do you mean?

Q.    Were you still oriented with one of the lanes?   In other words, I'm going to just --

A.    Of course.

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI  10/16/2024                                          Page 62

Q.    So this is the roadway.  You indicated that you were going to try and maneuver your vehicle to park on the other side?

A.    Yes.

Q.    Were you still oriented in -- within one of the lanes or were you sideways?

A.    I was -- I was sideways, right in the middle.

Q.    Okay.  What did the owner of the Subaru say to you when she approached you?

A.    I -- anger.  What did you do?  Just yelling, basically.  And I -- I -- as I said, in a panic, what -- that's all I hear, yelling.
And I was just like, please calm down.
And this is my -- this is my information.  Apologies.
And that's all I -- I remember.  I just like, this is my information.  It's going to be taken care of.  And I -- I just tried to, you know, get out -- get out of there, basically, because I -- I -- I was felt like I was dying, you know?  And that I just want to go somewhere quiet and just get down from that heart attack of the -- the emotion that I had.

Q.    You had to pull up that information on your phone after the owner approached you, right?

A.    Yes.  Yes.

Q.    You didn't already have it up?

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI 10/16/2024

Page 63

A.    I was -- the plan was just to park and then get a piece of paper and write it down, put it on the hood.  But as soon as I just kind of -- as -- as you showed, I was in the middle, she showed up.  And then started kind of angrily telling me like, stop -- stop. I'm just -- I just got out right away, just to show her like, you know, I'm not going anywhere.  You -- you -- I'm not -- I'm not running away.  I'm just trying to give you information.  And I was trying to park.  And then of course her yelling didn't -- rightfully, she was very mad, and -- and I -- I -- I was in the -- my panic attack got worse and worse, that I just -- just basically just showed my information.  She took a picture and yeah, that was it.

Q.    Okay.  Did that appease her at all?  In -- in other words, did she calm down from having that information shown to her?

A.    I felt -- she took the picture, but I -- any -- any -- any -- any -- well, she was still mad.  But I couldn't -- I couldn't figure out anything else what's happening, basically.

Q.    So she took a picture with her phone --

A.    Yes.

Q.    -- of your phone's information?

A.    Yes.

Q.    And on your phone was the insurance information?

A.    Yes.

Q.    Did you tell the owner of the vehicle you're going to leave?

A.    Yes.

Q.    Did you explain why?

A.    I said, I'm -- I'm -- I'm sorry.  I -- I'm having a panic attack.  I can't be here.  I -- I have to -- I have to go, basically.

Q.    What was her reaction to you saying that?

A.    I think she was like, no, you can't go. I was like, I already gave you information.  You're going to be taken care of.  I'm sorry, but I can't stay here, because I'm dying, basically.

Q.    Were -- did any other people appear while you were talking to the owner?

A.    Reza Saltani, I think, showed up to see what's going on because I think he -- he knew what -- what happened, to -- to see what's going on and what's happening.  And that's when I -- he was trying to say, what's going on?  I told him.  He was like, did you give your information? I told him, yes, I did.

Q.   -- what happened to your body when the bag blew up?

A.   My body was fine.  It was just my piece of my lip that got bloody.

Q.   Did you get any burns from the airbag?

A.   No burns.

Q.   Did you get any scratches other than on your lip?

A.   No.  Not that I -- no, I don't think so.

Q.   How -- how bad was the cut on your lip?

A.   It was just blood.  It was -- it was bleeding.  Not -- not too much that it was kind of like oh, but it was bleeding.  My mouth was a little bit of blood in it.  And just hurt a little.  Just kind of burns a little bit when you have that cut in your lip.

Q.   Okay.  So you got up to Amir's house, you washed your face because of the cut on your lip.  And then what did you do?

A.   I think I used the gauze to kind of hold onto it and a mouthwash to kind of -- that taste of blood to go away.  And -- and then I -- I think I -- I -- I had a Perrier or something, or a Coke or something just to kind of like bring back my blood sugars, kind of of like control myself to get over the panic attack.  And then I went to the balcony to get some fresh air,

basically.

Q.    You said something before Coke.  You had a something or a Coke and I don't know what --

A.    I -- I don't remember exactly what I had. It was like a -- a soda water or it was like Coke, like a Coca-Cola.

Q.    Okay.  And then you went out to the balcony?

A.    I went on to the balcony.  I saw the -- the police lights close to the car that -- that I -- my -- my car that I parked over there, and then I -- I decided to go down and, you know, I speak to them, explain to them that what happened.

Q.    Okay.  Before the -- before you went down and talked to the police, did you make any effort to call the police?

A.    I did not.  I -- I was just trying to kind of get down from a panic attack.  That's all I had.

Q.    Did you call anyone else besides Amir before you left the accident scene?

A.    After the -- no, I did not.  I don't think so.

Q.    Okay.  Did you -- when you were at Amir's house, did you call anyone else?

A.    No.  Not that I recall.  No.  Because I was talking to Amir to explain -- I was talking to him and

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI   10/16/2024

Page 79

Q.   Okay.  Now do you know what you're supposed to do when you damage property with your car?

A.   Not at the moment, no.  At the moment of accident, I had no idea.

Q.   What do you know now?

A.   I know -- I mean, you should -- you should call the police and kind of write a report or some stuff in that -- in the manner.

Q.   Okay.  Let's -- and I want to make sure we're real clear about this.  What do you understand now that you're supposed to do when you get in an accident like the one you got in that night?

A.   The proper way would've been probably to wait and call the police, and then file a report and exchange -- or I provide my insurance.  And then if there was a ticket given to -- needed to be given, they would've provide -- given me that, basically.

Q.   Were you concerned that if the police encountered you while you were at the accident, you'd have issues, other legal issues, like -- such as a DUI?

A.   No.

Q.   Why not?

A.   I was not drunk.

Q.   And why do you say you weren't drunk?

A.   Because I was fine.

E-DEPOSITIONS

775.393.9531
750 sandhill road, suite 120, reno, nevada 89521

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI  10/16/2024

Page 80

Q.   You felt fine?

A.   I was fine.  Yes.

Q.   Now when you were driving to Amir's, how was your car performing?  Was it -- was it trying to die?  Was it still running fine?

A.   It was running.  Yeah.  It was running fine.  I -- I -- I mean, I -- in that head space, I couldn't -- I couldn't tell, to be honest.

Q.   How fast did you drive to Amir's after the accident?

A.   It's -- it's a couple hundred feet.  So maybe five, 10 miles an hour.  It's just right around the corner and then it's the place.

Q.   What advice did Amir give you about how to deal with the situation?

A.   I think he -- he -- he -- he was in a car accident.  Somebody hit him a couple of weeks -- weeks prior to that.  And the guy gave his information and he just got it.  And then he thought that -- he -- that's what he told me.  If you leave your information, that should be, you know -- you already provided the -- the information for them to -- to call the, you know, insurance and get -- and collect the money and the damages.  And that -- that -- that -- that should -- that should suffice, basically.  That -- that's the

recommendation that I got.

Q.    Now did you indicate you were on Amir's balcony when you saw the police coming?

A.    Yes.  I saw the police light next to my car.

Q.    Okay.  So they were already there when you went out to the balcony?

A.    Yes.

Q.    And when you saw them, what did you do?

A.    I -- I stepped down -- I mean, I came down the stairs and introduced myself to explain -- to talk to the officers.

Q.    And have you seen that part of the police body cam video?

A.    I have not seen it.

Q.    Would we -- you agree with me that you told the police officer you were talking to that you'd had some alcoholic drinks that night?

A.    Yeah.  Prior to that, yeah.

MR. HUGHS:  I haven't been too worried about breaks because there's no stenographer, but if you folks want one, we can do it.  Otherwise, I'll keep going straight through.  Does it matter to you?

DEPOSITION OFFICER:  No.

MR. LYON:  Do you want a break?

THE WITNESS:  I'm fine.

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI  10/16/2024

Page 88

explained to them, I -- I was prescribed these medications.

Q.    Like I said, I'm going to be jumping all over the place.

A.    Of course.

Q.    I'm going to be hitting different subjects. There's not going to be any timeline to this.  I'm going to be talking of one time, and maybe another time.  But next, I want to ask you about your encounter with the police. Do you recall a time when they asked you to step back?

A.    I do recall that.

Q.    Okay.  And did you immediately step back when they asked you to?

A.    I asked a question: What's the reason for it?  And -- and I asked, am I a free citizen?  And they said, no, you are being detained.  And -- and an officer said, step back, and I did.

Q.    Why didn't you just step back immediately?

A.    It was just the frustration of the, you know, the -- the -- the conversations we had.  And I was frustrated, maybe I was poorly behaving, basically.

Q.    And what do you mean by poorly behaving?

A.    Because it -- it was a lot of things.

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI  10/16/2024

Page 89

Because they weren't talking to me, they weren't listening to me, they weren't -- because I was -- I was told from -- from Officer Butler that I -- I would be talking to the investigating officer. And she would not let me talk at all to her. And that kind of frustration, maybe, caused a little bit of a, you know, maybe poor behavior. But it wasn't -- it wasn't my intention to not comply.

Q. Now, Officer Butler is the first police officer you spoke to, correct?

A. Correct.

Q. He was the one who was by your car when you went down to it?

A. I think it was Officer Butler and Officer Meadows, I think.

Q. Okay. And -- and you did have a chance to speak with Officer Butler, correct?

A. Whatever I -- well, I -- I tried -- I -- well, I decide I wanted to talk about, he was like, you got -- you got to wait for the investigating officer. And that's it. Well, you have to wait for the investigator, that was -- whatever the questions I had, wait for Officer Crawford. That's -- that's all I got, basically.

Q. Now, there was a point where the -- they

were going to handcuff you.

You -- I'm sure you recall that, correct?

A.   Yes.

Q.   When they tried to handcuff you, what was the first thing you did?

A.   As when I said, that they said, that's it, I was like, I'm sorry, I'm sorry.  I apologize.  I'm --

Q.   Were your hands up there, what you're showing right now?

A.   Like -- like, I -- I surrender, basically. I -- I'm sorry, I'm sorry.  Come on.  I'm sorry.  And then they got my hand behind my back and then they had control of me, of course.

Q.   Now, at -- at this point in time, you don't deny that, in the accident, you caused damage to two vehicles, correct?

A.   After, they -- they told me there was a second car, yes.

Q.   Okay.  And you don't -- you don't deny that?

A.   No, I don't deny.

Q.   Now, we might as well talk about you. What kind of car were you driving at the time?

A.   It was a Lexus ES 2003, white.

to show my -- my parents, basically.

Q. Now, are you blaming the way you acted with the police officers on a medical condition?

A. Excuse me?

Q. Are you blaming the way you acted with the police officers on a medical condition?

A. I don't really understand what -- what -- what do you mean by medical condition?

Q. Well, you indicated, and I'm not going to remember your exact words, but that you -- you acted poorly.

A. I don't blame that because of that, you know. I mean, I -- I -- I misbehaved, and I apologize regarding that. But the injury, it was -- it felt something else.

Q. Well, what -- what caused you to misbehave? If -- if -- if you know?

A. I -- the frustration and -- and then I -- because I was expecting for -- I was waiting for like an hour, and tried to talk to Officer Butler. He wouldn't talk to me, basically. So just wait -- just wait for Officer Crawford to ask you questions. And then when she showed up, and I -- when I asked, then she just kept telling me, I don't want to talk to you now.

MOHAMMADALI AFSHAR vs JEFFREY BUTLER, et al.
AFSHAR MOHAMMADALI   10/16/2024

Page 121

I was like, I'm so -- you're not even listening to me.  You're not hearing -- hearing me. And that kind of caused frustration. And that caused me maybe behaving poorly in -- in some manners.  Not being totally respectful.  Yeah, that's basically was it.

Q.    So are -- are -- is your testimony today that you did not speak with any of the officers, any RPD officer, about what happened in the accident?

A.    I -- I -- I -- I --

MR. LYON:  Before you -- I'm going to object.  Because I'm --

MR. HUGHS:  That was unclear?

MR. LYON:  I'm unclear about the question. So --

MR. HUGHS:  Okay.

MR. LYON:  I -- if -- if you understood it, you can answer, but I -- I don't understand the question.

BY MR. HUGHS:

Q.    Let me ask you a different question.  Did you talk to any of the police officers about the accident?

A.    I explained to them some of the stuff, but the questions that I wanted to ask, I -- I never got to

ask them.

Q.    What did you explain?

A.    I just told them, just these things that I explained today.  That I -- yeah, I -- I provided the information, and that kind of stuff.  And I was like, was that enough?  That kind of stuff I never got answered.  And then trying to explain to them that I didn't run.  I -- I -- I'm here voluntarily from -- as soon as I saw you are here, I came back down.  I was having -- just explain to them that what was -- what was happening.

Q.    And let me ask you.  Which officer did you tell that to?

A.    I tried -- I just -- I tried to talk to the Officer Butler, or -- and Officer Meadows, I think, at the beginning I -- I spoke to.  But then it came to Officer -- after a long time when Officer Crawford showed up.  And I made -- gave a maybe a 10, 15 second quick description.  She went back to the vehicle, came back, and tried to talk to me, and she was like, I don't want to listen.  I don't -- don't want to hear anything from you.  I'm done investigating.
And my surprise was like, you haven't even listened to me, or asked -- answered my question.  You're not even talking to me.  And I felt like, I'm --

I'm -- they, you know -- they -- they, you know -- they don't want to talk to me. So that kind of made me made me act poorly.

Q. Do you understand now that police officers talk to each other?

A. They did talk to each other. Yes, sir.

Q. Did -- did you not, at that time, understand that they -- they were speaking with each other?

A. No, I did not. I -- I -- I know that they were, like, contact, talking to each other. Like, communicating regarding a matter or not. I -- I have no idea. I -- I was -- in that point, I was honestly thinking about my exam. What's going to happen? My citizenship. Because I had already applied. I was waiting for my citizenship. And the interview. Is it going to affect that? What's going to happen? Is -- is the car accident that bad? And then a lot of -- a million questions, and exams next week. My graduation. A lot of things that I --

Q. Okay. You -- I'm sorry. You mentioned it -- it might affect your interview. I don't know what interview you had back then. Did you tell me?

A. I was -- I was -- I was waiting for a scheduled -- for the interview for become -- naturalization for -- to become a citizen.