# EXHIBIT 2

Afshar's Declaration

# EXHIBIT 2

Afshar's Declaration

## DECLARATION OF MOHAMMADALI AFSHAR

I, MOHAMMADALI AFSHAR hereby declare the following:

1. I am the Plaintiff in the matter of Afshar v. Butler, et.al, filed in the U.S. District Court of Nevada, Case No. 3:24-cv-00110-MMD-CLB.

2. This Declaration is made in support of Plaintiff's response to Defendants' Motion for Summary Judgment and is based on my own personal knowledge.

3. On March 16, 2025, at approximately 1:30 a.m., I had just dropped off my friends at 5250 Villa Verde drive and was driving home when I collided with an unoccupied Subaru parked on Escalara Way. The collision occurred because I was distracted with my phone.

4. Prior to the accident I was receiving treatment from Dr. Johanne DeKay at UNR Student Health for anxiety and panic attacks. Following the accident I immediately began experiencing a panic attack.

5. The owner of the Subura came out of her home and began yelling at me. In response, I told her I had insurance to pay for her damages. I pulled up my insurance information on my phone and she took a picture of it with her phone. A true and correct representation of the insurance information I pulled up on my phone is attached hereto as Exhibit A.

6. I then drove my car back to my friend's apartment at Villa Verde Drive which was approximately one block away. I later saw police at my vehicle and went down to explain to them what had happened.

1

7. During my detention I tried to ask questions about why I might receive a citation for hit and run since I had provided my insurance information and I was advised by Officer Butler that he was not the investigating officer and that I would be able to ask questions of the investigating officer which I later found out was Officer Crawford.

8. At the time I was able to speak with Officer Crawford I felt like I was not allowed to ask questions and became frustrated causing me to behave poorly and not follow the instructions of the officers resulting in my arrest.

9. I was not provided any warning that I was going to be arrested or placed in handcuffs and the speed of the incident took me by surprise.

10. I never resisted arrest or had the intent to resist arrest and any movements on my part were reflexive to suddenly being grabbed by the officers and I immediately vocalized my submission to both officers once they grabbed me.

11. After the officers grabbed me, I recall being shoved toward my car and then feeling an immediate pain in my right arm which caused me to cry out in pain.

12. I later learned I suffered a fracture to my right arm and I was required to undergo surgery and physical therapy and I incurred over $51,000 in medical expenses.

13. On October 17, 2022, I entered a no-contest plea to delaying an investigation based on my failure to follow the instructions of the officers.

2

14. I declare under penalty of perjury that the foregoing is true and accurate.

Date:    07/17/2025                    *M.A. Afshar*

                                       Mohammadali Afshar

3

# EXHIBIT A

# EXHIBIT A

10:21
◀ Mail

Menu     My Profile

X

## Automobile Insurance Identification Card

1-800-SHELTER(743-5837)

This evidence of insurance must be carried in the insured motor vehicle for production upon demand.

Insured: **AFSHAR, MOHAMMADALI**

Address:**823 RALSTON ST APT 208**

**RENO, NV 89503**

Policy Number: **27-1-10778630-1**

Effective Date: **12/21/2021**

Expiration Date: **06/21/2022**

**2003 LEXUS ES 300 4DR**

VIN:**JTHBF30G830093472**

MELENDRES-SILVA, OSCAR

(775) 324-0568



SHELTER INSURANCE

2

PLAINTIFF 0381