# EXHIBIT 6

# Declaration and Report of Dr. Younger

# EXHIBIT 6

# Declaration and Report of Dr. Younger

## DECLARATION OF EDWARD W. YOUNGER, III M.D.

I, EDWARD W. YOUNGER, M.D. hereby declare the following:

1. This Declaration is made in support of Mr. Afshar's response to Defendants' Motion for Summary Judgment.

2. I am a board-certified orthopedic surgeon licensed in Nevada and California.

3. I have been retained by the Plaintiff Mohammadali Afshar to provide expert opinions in the matter of Afshar v. Butler, et.al, filed in the U.S. District Court of Nevada, Case No. 3:24-cv-00110-MMD-CLB.

4. A true and correct copy of my Medical Record Review of Mohammadali Afshar and Record Review Report, is attached hereto as A and incorporated by reference herein.

5. At the time I submitted my expert reports, I also provided my CV, fee schedule and list of prior cases in which I have provided deposition or trial testimony, a true and correct copy is attached hereto as Exhibit B and incorporated by reference herein.

6. If called to testify at trial, I expect to provide testimony and opinions consistent with my reports, attached hereto as Exhibit A and incorporated by reference herein.

7. I declare under penalty of perjury that the foregoing is true and accurate.

Date: _07/15/2025_____     *Edward W Younger ♦♦♦ MD*

Edward W. Younger, III, M.D.

1

# EXHIBIT A

# EXHIBIT A



MEDICAL CONSULTANTS

December 18, 2024

Kenneth Lyon, III
Law Offices of Kenneth E. Lyon, III
432 Court Street
Reno, CA  89501

## RECORD REVIEW REPORT

**RE:**    **Mohammadali AFSHAR** v. Jeffrey Butler, et al.
**DOB:**   04/28/1991
**DOI:**   03/16/22
**MRK#:**  15103

Dear Mr. Lyon:

Per your request and authorization, I reviewed the medical records, diagnostic studies, and bodycam video concerning an injury to Mr. Afshar's right arm related to an arrest by Reno Police personnel on 03/16/22.

I was provided with medical records encompassing a time period from 03/16/22 through 08/01/22. I was also provided with excerpts of the deposition of Patrick McCauley. These records have been indexed and summarized by technical staff. Though all entries are read, non-pertinent entries (e.g. common cold, etc.) may not receive comment. Illegible and/or non-dated material may not be commented upon. A summary of pertinent records is attached as an addendum to this report.

**HISTORY:**

On 03/16/22, Mr. Afshar was arrested by Reno Police personnel. I reviewed bodycam video of the incident, which notes that he was restrained and his arms placed behind his back for handcuffing. During the maneuver, Mr. Afshar complained that his arm was broken. He was subsequently transported by ambulance to Renown Regional Medical Center where he was evaluated and found to have a fracture of his right humerus. He was given pain medicine and placed into a splint and sling, and advised to have outpatient follow-up with an orthopedic surgeon.

On 03/22/22, he was evaluated by Timothy Bray, M.D., an orthopedic surgeon. Dr. Bray recommended and performed surgery on Mr. Afshar's right humerus that day. He performed an open reduction and internal fixation using a plate and screws. It should be noted that prior

11249 GOLD COUNTRY BLVD. • SUITE 165 • GOLD RIVER • CALIFORNIA • 95670 • TEL 800.403.1647 • 916.863.7301 • FAX 916.863.7206

RE: **Mohammadali AFSHAR**                                      December 18, 2024
TO: **Kenneth Lyon, III**                                                Page 2

to surgery, it was noted that he had a radial nerve palsy which is fairly common with this type of fracture. Dr. Bray explored the neurovascular bundle and found that it was intact.

Postoperatively, Mr. Afshar appeared to do as well as expected. He was subsequently referred to hand therapy and used a specific type of splint for his radial nerve palsy.

The records note that he gradually improved and he gradually recovered the function in the radial nerve.

On 06/22/22, Dr. Bray saw Mr. Afshar and noted that he was now three months after his fracture, and stated that he had an excellent recovery and had some return of radial nerve function, but not complete recovery. He still had some weakness. X-rays at that visit noted that his fracture was healing, but not yet completely healed.

I did not have any records subsequent to 06/22/22 and therefore, am unaware of his current recovery.

**DIAGNOSTIC STUDIES:**
I was provided with the following diagnostic studies for review:

03/16/22    X-ray of the right shoulder. No abnormalities are noted.

03/16/22    X-ray of the right elbow. The elbow joint itself appears normal. There is partial visualization of a fracture of the distal humerus.

03/16/22    X-ray of the right forearm. No abnormalities are noted.

03/16/22    X-ray of the right humerus. There is a spiral fracture at the junction of the middle and distal third of the humerus, with moderate displacement and angulation.

03/22/22    X-ray of the right humerus. These were done in the operating room and were JPEG images of fluoroscopy used during the procedure. These show anatomic reduction of the fracture with use of a 14-hole plate and 8 screws.

05/11/22    X-ray of the right humerus. The fracture remains anatomically reduced with good position of all the hardware and probable early healing.

06/22/22    X-ray of the right humerus. The fracture appears to have additional healing but not yet completely healed. There is no change in the appearance of the plate or screws.

**DIAGNOSES:**

1. **Right humerus fracture, sustained 03/16/22.**

RE: Mohammadali AFSHAR
TO: Kenneth Lyon, III

December 18, 2024
Page 3

### 2. Radial nerve palsy as a result of fracture of humerus, sustained 03/16/22.

**DISCUSSION:**

Mr. Afshar sustained a fracture of his right humerus while being restrained by Reno Police personnel on 03/16/22. The x-rays are consistent with a rotational force placed on the humerus, which caused a fracture.

It is my opinion that the treatment that he received was all medically necessary, appropriate, and related to the incident. Based on the last evaluation by Dr. Bray, which was only approximately three months following the subject incident, it appeared that his radial nerve function was improving, and it appeared that his fracture was healing.

It is my opinion that it is most likely that he would have further return of function of the radial nerve and would probably not have any residual dysfunction related to that injury. It is also my opinion that he will probably have full function of the right arm following rehabilitation after healing of his right humerus fracture.

Prior to any deposition, arbitration, or trial testimony, I would appreciate the opportunity to review any subsequent follow-up evaluations of Mr. Afshar's right arm.

The opinions and conclusions in this report are made to a reasonable degree of medical probability.

I reserve the right to change any opinions expressed upon production of additional medical records or diagnostic studies. Questions should be directed to my attention at MRK Medical Consultants.

**DECLARATION:**

I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information I have received from others. As to that information, I declare that it accurately describes the information provided to me and, except as noted herein, I believe it to be true. The opinions and conclusions expressed in this report are my own. No one else participated in the examination or preparation of this report. All conclusions reached and opinions expressed are based on the premise that the information is properly admissible evidence and has been properly obtained in accordance with the laws of the State of California and/or the jurisdiction where the legal action has been filed.

Executed on **December 18, 2024** in the County of Sacramento.

RESPECTFULLY,

*Edward Younger, MD*

**EDWARD W. YOUNGER, III, M.D.**
Orthopedic Consultant

EWY:dp

## MEDICAL RECORD REVIEW OF MOHAMMADALI AFSHAR

The following is a chronological summary of the review of the medical records of Mohammadali Afshar. Records received for review were dated from 03/16/22 through 08/01/22. The following summary may contain spelling, typographical and/or grammatical errors.

### 03/16/22   DATE OF INCIDENT

03/16/22   REMSA. Ambulance Report. CC: Right elbow pain. HPI: Arrived to find patient in RPD custody, handcuffed and sitting on steps. Complained of arm pain. Moving all extremities spontaneously. RPD removed handcuffs and patient helped into ambulance and seated on bench. Patient states arresting officers bent his arm and "Now it's broken." No obvious deformity, swelling or redness noted. No painful response on palpation. Assessment: Pain to right arm. Triangle splint applied to right arm by EMS. CMS intact post splinting. Transported without incident to Renown Regional Medical Center.

03/16/22   Renown Regional Medical Center (Renown). Colin West, MD. ED note. CC: Arm injury. HPI: Patient states he was involved in a 20 mph MVC earlier today in which he was seat belted, had no loss of consciousness, and believes he struck part of his face against steering wheel. MVC happened many hours ago and he denies any interval worsening. Complains of pain to right upper arm which he says occurred when the RPD were handcuffing him and moving his arm behind his back. Had immediate pain and discomfort with a maneuver of his right arm from in front of him to his back. Currently holding elbow in a sling and says it is extremely painful. PE: Right upper extremity exam showed slight shortening of upper arm. Tenderness to palpation throughout the body. Limited range of motion of shoulder and elbow secondary to referred pain throughout upper arm. DX: 1. Closed displaced comminuted fracture of shaft of right humerus, initial encounter. 2. Right arm pain. 3. MVC, initial encounter. Plan: Morphine, placed in splint and sling, follow-up with David Swanson, MD, discharged.

03/16/22   Renown. X-ray of the right shoulder requested by Colin West, MD. Impression: No radiographic evidence of acute traumatic injury.

03/16/22   Renown. X-ray of the right elbow requested by Colin West, MD. Impression: 1. Partially visualized right humeral fracture. 2. No evidence of additional fracture or dislocation.

03/16/22   Renown. X-ray of the right forearm requested by Colin West, MD. Impression: 1. No radiographic evidence of acute traumatic injury. 2. Mild negative ulnar variance.

03/16/22   Renown. X-ray of the right humerus requested by Colin West, MD. Impression: Moderately displaced, mildly comminuted, moderately angulated right humeral metaphyseal fracture.

Medical Record Review                                                    Page 2
**RE: Afshar, Mohammadali**

03/16/22    ROC Main Express (ROC). Maeve Lyons, PAC. CC: Right arm pain. HPI: Patient states he was in motorbike accident this morning but right arm pain was less from the accident and more from when police forced hand behind his back. Has had increased right arm pain since then and points to pain over humerus. PE: Right arm exam showed tenderness to palpation of humerus. Assessment: Displaced right distal humerus fracture. Plan: Splint, conservative adjunctive treatments, follow-up with surgery scheduling. He is going to undergo ORIF of right distal humerus with Dr. Bray.

03/17/22    ROC. Record indicating a coaptation plasters splint was applied to right arm.

03/22/22    Renown. Timothy Bray, MD. H&P. HPI: Presented with right humerus fracture. Has a radial nerve palsy, now for ORIF. PE: Right humerus fracture in sling, has radial nerve palsy. Assessment: Other fracture of shaft of right humerus, initial encounter for closed fracture. Plan: ORIF fracture, humerus right.

03/22/22    Renown. Timothy Bray, MD. Operative Report. Preoperative DX: Closed right distal third humerus fracture with traumatic radial nerve palsy. Postoperative DX: Closed right distal third humerus fracture with traumatic radial nerve palsy. Operations Performed: 1. Open reduction and internal fixation distal third humerus fracture via posterior approach. 2. Exploration of the radial neurovascular bundle – found intact.

03/22/22    Renown. X-ray of the right humerus requested by Timothy Bray, MD. Findings: 2 images were obtained in the operating room. Sideplate and screw hardware traverses a humeral fracture. A total of 6 seconds of fluoroscopy time utilized. Impression: Intraoperative image as above described.

03/22/22    Renown. Timothy Bray, MD. Discharge/AVS. Final DX: 1. Other fracture of shaft of right humerus, initial encounter for closed fracture. 2. Injury of radial nerve at forearm level, right arm, initial encounter. 3. Anxiety disorder, unspecified. 4. Personal history of nicotine dependence. Plan: Sling on at all times, Percocet, follow-up 1-2 weeks.

03/22/22    Renown. Timothy Bray, MD. Sling at all times. Note – neuro injury preoperative – hand weakness.

04/06/22    ROC. Timothy Bray, MD. CC: Right upper arm follow-up. HPI: Has tolerated his postop course well and has been in sling. PE: Radial nerve still out. DX: Right arm pain. Plan: Stitches out, Steri-Strips, sling, start OT, bracing, return 1 month.

04/14/22    Nevada Hand Therapy. Jacob Wright, OTD, OTR/L, CKTP. CC: Decreased functional use of right upper extremity for work and ADLs due to fracture of right humerus, presence of radial nerve palsy. HPI: Sustained fracture to right upper extremity when he was tackled by Police, and they twisted his right arm during handcuffing. Also sustained injury to radial nerve resulting in radial nerve palsy of the right hand/wrist. Pain 2-3/10 right shoulder, 2-5/10 right elbow. Currently working light duty as assistant manager and is an electrical engineering student.

Medical Record Review                                                          Page 3
**RE:  Afshar, Mohammadali**

PE: Presents without immobilizer or sling.  Objective signs of radial nerve palsy of right upper extremity.  He reports numbness and tingling in right hand.  Has sensation in dorsal and volar right hand from light touch to deep pressure, as well as volar and dorsal right forearm.  Right shoulder, elbow and hand range of motion decreased.  Assessment: Presents 3 weeks s/p ORIF of the distal 1/3 humerus with the presence of radial nerve palsy, pain symptoms associated with right elbow and right shoulder, decreased range of motion of the right elbow and right shoulder and decreased functional use of involved extremity for work and ADLs.  Plan: OT/Hand therapy 3x/week for 6 weeks.  Total of 10 visits through 06/28/22.  Note dated 05/03/22 indicates substantial improvements in range of motion of right elbow and right shoulder.  Note dated 06/07/22 indicates active right wrist extension when Benik Orthosis is off.  Also able to extend digits of right hand.  Note dated 06/28/22 indicates MD states he no longer need to attend PT.  Also discharged from formal use of Benik Radial Nerve Palsy Orthosis at this time.  Recommended to discharge with comprehensive HEP.

05/05/22    Nevada Hand Therapy.  Jacob Wright, OTD, OTR/L, CKTP.  Progress Note.  HPI: Has seen significant improvement in tolerance of use during day-to-day activities but continues to have difficulties with use of right hand.  Frustrated with lack of functional use from hand but excited to be fit with Benik Radial Nerve Palsy Orthosis.  Right shoulder pain 0-1/10, right elbow pain 2-4/10.  Continues to work light duty.  PE: Presents with objective signs of radial nerve palsy of right upper extremity.  Decreased extension/flexion of right elbow and right wrist.  Unable to actively extend right wrist and digits of right hand.  Right shoulder showed decreased internal rotation at 60°, otherwise range of motion within normal limits.  Assessment: Improving range of motion of right elbow and right shoulder, and continuing signs of right wrist drop due to radial nerve palsy.  Significantly improved functional use of right hand while wearing Benik Radial Nerve Palsy orthosis.  Plan: Continue treatments.

05/11/22    ROC.  Timothy Bray, MD.  CC: Right upper arm follow-up.  HPI: Has been in radial nerve palsy brace.  Working on range of motion with therapy.  PE: Right shoulder exam showed wounds clean, healed and dry along posterior aspect of humerus.  Radial nerve still out.  Has range of motion of elbow from -5° to almost 140° full pronation supination.  DX: Right arm pain.  Plan: Follow-up 6 weeks.

05/11/22    Renown.  X-ray of the right humerus requested by Timothy Bray, MD.  Narrative: 2 views of the humerus demonstrates excellent position of the implant.  Fracture appears to have early union.  There is mild osteoporotic changes.  No other soft tissue abnormality noted.  X-rays were reviewed and reported by myself.

05/24/22    Nevada Hand Therapy.  Jacob Wright, OTD, OTR/L, CKTP.  Progress Note.  HPI: Continues to see improvements with functional use of right upper extremity and right hand during ADLs and work-related duties.  Working 12 to 16 hour days at times more recently.  Right elbow pain 0-2/10.  PE: Right elbow range of motion showed decreased extension/flexion, strength 3+/5.  0/5 MMT against gravity and

Medical Record Review                                                  Page 4
RE: Afshar, Mohammadali

in gravity eliminated position with all extrinsic extensor tissue below the elbow. Right hand range of motion unchanged. Right hand grip strength decreased. Right shoulder range of motion unchanged. Right wrist range of motion unchanged. PE: Exhibits decreasing strength of right hand and right upper extremity. Presents with increasing range of motion of right elbow as well as increasing functional reaching patterns. Plan: Continue treatments.

06/21/22    Nevada Hand Therapy. Jacob Wright, OTD, OTR/L, CKTP. Progress Note. HPI: Continues to improve functional use of right hand. Also reports he is able to actively extend right wrist and right digits. Right elbow/forearm pain 0-1/10. Right elbow range of motion extension/flexion 0/145, pronation/supination 80/80. Right elbow muscle testing bicep brachii 4/5, and tricep 4/5 with pain. Right hand range of motion within normal limits. Observed making a hook fist and composite fist with bilateral hands. Grip strength decreased on right. Right shoulder range of motion within normal limits. Right wrist range of motion 70/75. Able to actively extend right wrist against gravity. Assessment: Demonstrates signs of radial nerve innervation of the distal forearm extensors. Presents with challenges in overall grip strength and pinch strength with right hand. Continues to wear Benik Radial Nerve Orthosis as often as he can. Plan: Continue treatments.

06/22/22    ROC. Timothy Bray, MD. CC: Right upper arm follow-up. HPI: 3 months s/p ORIF of midshaft humerus fracture with radial nerve palsy. Has had an excellent recovery. The radial nerve has finally returned. He has about 75% range of motion and strength. PE: Full range of motion of elbow and shoulder. Radial nerve does not have complete recovery, but it is clearly functional. Thumb abduction finger extension 3-4/5. DX: Right arm pain. Plan: Return in about 6 weeks.

06/22/22    Renown. X-ray of the right humerus requested by Timothy Bray, MD. Narrative: AP lateral of the humerus demonstrate excellent position of the implants, healing fracture, no other soft tissue abnormality noted.

Edward Younger MD

**EDWARD W. YOUNGER, III, M.D.**
Orthopedic Consultant

## MEDICAL RECORD REVIEW OF MOHAMMADALI AFSHAR

### Additional #1 12-05-24

The following is a chronological summary of the review of the medical records of Mohammadali Afshar. The following summary may contain spelling, typographical and/or grammatical errors.

**03/16/22  DATE OF INCIDENT**

03/16/22    Patrick McCauley. Reno Police Department

10/08/24    Deposition of Patrick McCauley (excerpts)

*Edward Younger* MD

**EDWARD W. YOUNGER, III, M.D.**
Orthopedic Consultant

# EXHIBIT B

# EXHIBIT B



**MEDICAL CONSULTANTS**
11249 Gold Country Blvd., Ste. 165
Gold River, CA 95670 · (916) 863-7301

**CURRICULUM VITAE**

# Edward W. Younger, III, M.D.

## EDUCATION

| | |
|---|---|
| 1971 | Crystal Lake Community High School, Crystal Lake, Illinois |
| 1973 | McHenry County College, Woodstock, Illinois |
| 1976 | University of Illinois, Urbana, Illinois; B.S. Chemistry |
| 1980 | Chicago Medical School, Chicago, Illinois; M.D. |

## POST-GRADUATE TRAINING

Internship: University of California, Davis; Surgery 1980-1981

Residency: University of California, Davis; Surgery 1981-1983
University of California, Davis; Orthopaedic Surgery 1983-1987

## EMPLOYMENT STATUS

President and Medical Director, MRK Medical Consultants, 2005 – Present

Private practice, Carmichael, CA, 1987 - 2018

Affiliated with Mercy San Juan Medical Center, Greater Sacramento Surgery Center

Chairman, Division of Orthopaedic Surgery, Mercy San Juan, 1991-1993 & 1996-1997

Mercy San Juan Medical Center – Member at Large, Medical Executive Committee, 2001-2001 and 2006-2009

## BOARD CERTIFICATION

1989, 1999, 2009 & 2019  Diplomat – American Board of Orthopaedic Surgery

## PROFESSIONAL MEMBERSHIPS AND HONORS

Fellow – American Academy of Orthopaedic Surgeons

California Orthopaedic Association

CURRICULUM VITAE
Edward W. Younger, III, M.D.

2

Western Orthopaedic Association

North American Spine Society

American Medical Association

Alpha Omega Alpha

## MEDICAL LICENSURE

State of California - #G45220

State of Nevada - #18265

## RESEARCH

1984 – 1985    Morbidity of Bone Grafts, University of California Davis Medical Center

1984 – 1985    Effect of Prostaglandin's and Indocin on Flexor Tendon Healing, University of California Davis Medical Center

## OTHER MEDICAL EMPLOYMENT

1981 – 1984    Kaiser Permanente Hospital, Sacramento, California; P/T Emergency Physician

## PRESENTATIONS

"Spine Infections"                              Clinical Orthopaedics, Sacramento, CA, 1985

"Total Hip Revisions"                          Clinical Orthopaedics, Sacramento, CA, 1983

"Nutrition of Flexor Tendons"           American Society for Surgery of the Hand, 1985 National Meeting, Las Vegas, Reviewer

"Morbidity of Bone Graft Donor Sites"    American Academy of Orthopaedics National Meeting, New Orleans, 1986

"Effects of Prostaglandin's on Flexor Tendon Healing in Rabbits"    Orthopaedic Research Society Annual Meeting, 1986

CURRICULUM VITAE
Edward W. Younger, III, M.D.                                                     3

"Effects of Indomethacin on              American Orthopaedic Association Residents
Flexor Tendon Healing in Rabbits"        Conference, Salt Lake City, Utah, March, 1987

## PUBLICATIONS

1.  Younger, E.W. and Szabo, R.M., Stability of Prostaglandin's in Dilute Physiological Solution, Prostaglandin's, May 1986

2.  Younger, E.W. and Szabo, R.M., Effect of Continuous Local Irrigation with PGI-1 on Flexor Tendon Healing and Adhesions, Orthopaedic Transactions, V10, 1986

3.  Morbidity at Bone Graft Donor Sites, Journal of Orthopaedic Trauma, 1989;3 (3)

4.  The Effects of Indomethacin on Adhesion Formation after Repair of Zone II Tendon Lacerations in the Rabbit; Journal of Hand Surgery; 1990, May; 15 (3) 480-3

5.  An Apparatus to Measure Flexor Tendon Excursion and Angular Motion of the Distal Interphalangeal Joint in a Rabbit Model; Journal of Orthopaedic Research, 1988

## CONTINUING ORTHOPAEDIC EDUCATION

1987       AAOS Annual Meeting; Numerous and various topics; 36 hours CME
1987       AAOS Anterior Cruciate Ligament Surgery; 19 hours CME
1989       Arthroscopic Surgery of the Shoulder; Dr. J. Esch; 14 hours CME
1989       AAOS Summer Institute; 34.5 hours CME
                    o Lumbar Spine Surgery, Current Concepts.
                    o Foot and Ankle Controversies
                    o Shoulder Arthroscopy
                    o Revision Total Hip and Knee Reconstruction
1991       AAOS Annual Meeting; numerous and various topics; 34.5 hours CME
1991       Arthroscopy Association of North America Meeting; 7 hours CME
1991       Hip and Knee Arthroplasty Summit; 10 hours CME
1992       Interface Options; 3 hours CME

1992       4th Fracture Management Symposium; 15 hours CME
1992       Jackson Spinal Fixation; 8 hours CME
1992       AANA; The Shoulder, Arthroscopic Management; 7 hours CME

CURRICULUM VITAE
Edward W. Younger, III, M.D.

4

| | |
|---|---|
| 1992 | AANA; The Knee, Anterior Cruciate Reconstruction and Meniscus Repair; 6.5 hours CME |
| 1993 | AAOS; Annual Meeting, numerous and various topics; 30.5 hours CME |
| 1993 | Hip Society and Knee Society; 8 hours CME |
| 1993 | California Workers Compensation; 8 hours CME |
| 1993 | Revision Hip and Knee Arthroplasty; 13 hours CME |
| 1993 | Global Total Shoulder Arthroplasty; 4.5 hours CME |
| 1994 | Mercy Hospital – Appropriate Use of Autologous Blood, Acute Pain Therapies, 2 hours CME |
| 1994 | California Orthopaedic Association Annual Meeting, 8 hours CME |
| 1995 | Western Orthopaedic Association – Controversies in Fixation of Total Joint, 12 hours CME |
| 1995 | California Qualified Medical Examiner – 6 hours CME |
| 1995 | American River Hospital – numerous and various topics, 8 hours CME |
| 1996 | Orthopaedic Alumni Research Symposium – 10 hours CME |
| 1997 | Review and Update for Practicing Orthopaedists – 24 hours CME |
| 1997 | AAOS Annual Meeting – 29.5 hours CME |
| 1997 | Arthroscopic Association of North America – Specialty Day, 7.25 hours CME |
| 1997 | Foot and Ankle Society – Summer Meeting, 13 hours CME |
| 1998 | State of the Art in Orthopaedics – Hip and Knee Replacement and Medical Economics, 18 hours CME |
| 1998 | State of the Art in Orthopaedics – Upper Extremity Replacement, 5 hours CME |
| 1998 | Industrial Medicine Council – Workers Compensation, 6 hours CME |
| 1998 | Industrial Medicine Council – A Manual for Treating Physicians, 4 hours CME |
| 1998 | Orthopaedic Self Assessment Exam and Orthopaedic Knowledge Update5, 100 hours CME |
| 1999 | Mercy Healthcare – numerous and various topics, 8 hours CME |
| 1999 | Orthopaedic Trauma Association – Annual Meeting, 18.5 hours CME |
| 1999 | American Academy of Orthopaedic Surgery–66th Annual Meeting, 28.5 hours CME |
| 1999 | American Orthopaedic Society for Sports Medicine-Specialty day, 8 hours CME |
| 1999 | American Board of Orthopaedic Surgery – Re-certification, 100 hours CME |
| 01/99 | Elliott-Lopez Publications – Cumulative Trauma, 3 QME units |
| 07/99 | Elliott-Lopez Publications – Medical Reports, 3 QME units |
| 2000 | Mercy Healthcare Sacramento – numerous and various topics, 8.5 hours CME |

CURRICULUM VITAE
Edward W. Younger, III, M.D.                                                    5

| | |
|---|---|
| 01/00 | Elliott-Lopez Publications – Physicians, Privacy, and Employment Law, 3 QME units |
| 07/00 | Elliott-Lopez Publications – QME Sanction Guidelines, 3 QME units |
| 02/01 | American Academy of Orthopaedic Surgeons, 16 hours |
| 03/01 | "State of the Art in Orthopaedics", 30 hours |
| 2001 | CHW/Mercy Healthcare Sacramento CME – various topics, 6 hours |
| 10/01 | Orthopedic Trauma Association Annual Meeting, 19 hours |
| 09/02 | Monterey Trauma Update, 14.5 hours |
| 2002 | CHW/Mercy Healthcare Sacramento, various topics, 6 hours |
| 03/03 | State of the Art in Orthopaedics, 30 hours |
| 2003 | CHW/Mercy Healthcare – various topics, 7 hours |
| 2004 | CHW/Mercy Healthcare - various topics, 6 hours |
| 02/04 | American Academy of Orthopedic Surgeons annual meeting, 16 hours |
| 03/04 | AAOS Annual Meeting, 28 hours |
| 05/04 | Workshop on Unicompartment and Patellofemoral Knee Arthroplasties, 6 hours |
| 02/05 | AAOS Annual Meeting, 28 hours |
| 02/05 | Ortho Rehab Assoc. – Independent Medical Evaluations |
| 02/06 | State of the Art in Orthopaedics, 19 hours |
| 03/06 | AAOS Annual Meeting, 27 hours |
| 03/06 | Cervical Spine: Neck pain, radiculopathy and myelopathy |
| 03/06 | Expert Witness Testimony |
| 03/06 | Knee Society – Specialty Day, 8 hours |
| 2006 | CHW/Mercy Healthcare – various topics, 12 hours |
| 03/08 | AAOS Annual Meeting, 22 hours |
| | ○ Indications and Techniques of Anterior Cervical Fusion (at AAOS) |
| | ○ Lumbar Spine: The Herniated Disc (at AAOS) |
| 03/08 | Arthroscopy Association Specialty Day, 5.25 hours |
| 11/08 | Testimony Skills Workshop for Medical Experts – SEAK, 7 hours |
| 11/08 | AAOS Board Certification Review – 16 hours |
| 02/09 | AAOS Annual Meeting, 27 hours |
| | ○ Indications and Techniques of Anterior Cervical Fusion |
| | ○ Lumbar Disc Herniation |
| | ○ Orthopaedic Review Course |
| 02/09 | Combined Meeting of the Hip Society and American Association of Hip and Knee Surgeons 7.5 hours |

CURRICULUM VITAE
Edward W. Younger, III, M.D.

6

| | |
|---|---|
| 06/09 | American Board of Orthopaedic Surgery. Re-certification 25 hours CME |
| 01/11 | Orthopedics Today. 13.5 hours. |
| 02/11 | AAOS Annual Meeting, 24 hours |
| | o Lumbar Disc Herniation |
| | o The Degenerative Cervical Spine |
| 02/11 | American Shoulder and Elbow Surgeons Open Meeting 7.5 hours |
| 11/11 | North American Spine Society Annual Meeting (NASS) – 15 hours |
| 06/13 | 8th Annual UCSF Spine Symposium – 12 hours |
| 08/13 | Western Orthopedic Association Annual meeting (9.5 hours) |
| 01/14 | Orthopedics Today, Maui, Hawaii – 10.5 hours |
| 05/14 | 9th Annual UCSF Spine Symposium, San Francisco, CA – 12 hours |
| 11/14 | North American Spine Society Annual Meeting – 21 hours |
| 01/15 | Orthopedics Today, Kauai, Hawaii – 10.5 hours |
| 03/15 | AAOS Annual Meeting, Las Vegas, NV – 35 hours |
| 03/16 | AAOS Annual Meeting, Las Vegas, NV – 18 hours |
| 02/17 | North American Spine Society Annual Meeting, Park City, UT – 12 hours |
| 03/17 | AAOS Annual Meeting, San Diego, CA – 24 hours |
| 05/18 | AAOS Home Study Program – 50 hours |
| 05/18 | AAOS Self-Assessment Examination – 20 hours |
| 09/18 | North American Spine Society, Annual Meeting Los Angeles, CA – 16 hours |
| 03/19 | AAOS Annual Meeting, Las Vegas, NV – 20 hours |
| 10/2022 | North American Spine Society, Annual Meeting Chicago, IL – 18.75 hours |
| 01/2023 | Orthopedics Today, Hawaii 2023 – 22.50 hours |



MEDICAL CONSULTANTS
11249 Gold Country Blvd., Ste. 165
Gold River, CA 95670 · (916) 863-7301

### FEE SCHEDULE – Eff. 06/15/24
## Edward W. Younger, III, M.D.

| SERVICE | DESCRIPTION | FEE |
|---|---|---|
| Prepayment | This fee reserves the time for an IME or a record review, and is required before any commencement of work | $5,000 |
| Physician Record Review | Hourly rate for time the expert spends reviewing medical records; in the preparation of a report following an examination or after receiving additional medical records and issuing a supplemental report. | $1,000/Hour |
| Staff Compilation of Records | MRK Medical Consultants is extremely thorough in the handling of medical records. Many medical records are not relevant to the issues for which the evaluation/record review has been scheduled, and in many cases have nothing to do with the alleged injuries sustained. We separate non-relevant records and focus on the pertinent medical records. This includes the preparation and organization of the records in a chronological fashion. This process is performed by trained staff personnel and is a cost saving measure to the requester. | $190/hour |
| Comprehensive Evaluation | This fee is for the examination by the medical expert and the plaintiff being evaluated. | $1,000 |
| Comprehensive Evaluation w/Interpreter | This fee is in addition to the examination by the medical expert and the plaintiff using an interpreter. | $1,200 |
| Narrative Report | This fee is for the preparation of the report after the comprehensive evaluation or record review is completed. | $1,000 (minimum) |
| Supplemental Report | This fee represents the preparation of the supplemental report by the expert in regards to additional records or diagnostic studies which have been received. | $300 (minimum) |
| Review of X-rays MRI/CT scans | This fee represents the time spent by the expert in direct review of x-rays, MRI's and/or CT scans. | $1,000/Hour |
| Literature Research | As is deemed necessary by the expert pursuant to questions posed by the requester, on occasion there is necessity for review of medical literature. | $1,000/Hour |
| Deposition Review | This fee represents the time spent by the expert for the review of all depositions submitted. | $1,000/Hour |
| Deposition Prep Time | This fee represents the time spent by the expert in preparing for deposition testimony. | $1,000/Hour |
| Trial/Arbitration Prep Time | This fee represents the time spent by the expert in reviewing the medical records prior to trial or arbitration testimony. | $1,000/Hour |
| Review of Video | This fee represents the time spent by the expert in regards to reviewing video surveillance or accident scene investigation. | $1,000/Hour |
| Expedited Report- Comprehensive Evaluation/Record Review | The normal turnaround from the time of the evaluation to submission of the report is 30 days. Preparation of expedited reports, either written or via telephone conference, within **20 days** of the examination is subject to the fees listed | 0-2 days  $950<br>3-5 days  $850<br>6-10 days $750<br>11-20 days $550 |
| Deposition Testimony | This fee represents the time spent by the expert to provide expert testimony. There is a one-hour **minimum** payable in advance or at the time the deposition commences. All balances will be billed to the deposing attorney. The attorney who has engaged the services of the expert is ultimately responsible for all unpaid deposition fees. (See cancellation policies below) | $1,200 per hour |
| Arbitration/Trial Testimony | This fee is for the expert providing arbitration/trial testimony. Based on our experience it requires the expert to schedule either a half-day or full day away from their office. (See cancellation policies below) | Half Day $5,500<br><br>Full Day $11,000 |

11249 GOLD COUNTRY BLVD  SUITE 165  GOLD RIVER  CALIFORNIA  95670
TEL 800.403.1547  916.863.7301  FAX 916.863.7206

MRK FEE SCHEDULE CONT.
EDWARD W. YOUNGER, III, M.D.

2

| | | |
|---|---|---|
| Travel Expenses | Travel fees are for expenses and time for travel to evaluations, depositions, trials, arbitration or conferences outside the experts immediate area and can include driving time, air travel costs, hotels, and parking etc. | $500 per hour plus expenses |
| Satellite Office Fees | This fee is for the use of satellite offices in order to comply with the requirement of the 75-mile plaintiff travel rules. | $300-500 |
| Telephone Conferences | This fee represents the time spent by the expert telephone conferencing with the requester | $1,000/Hour |
| Pre-Deposition Conference | This fee represents the time spent by the expert for pre-trial or pre-deposition conferences | $1,000/Hour |
| Conference | This fee represents the time spent by the expert for all conferences with the requester. | $1,000/Hour |
| **CANCELLATION POLICIES** | | |
| No Show/Late Cancel | This cancellation fee is applied if the plaintiff fails to appear or cancels with less than five days notice (exclusive of weekends and holidays) This creates significant inconvenience for the expert who has set this time aside. (Exceptions may be granted for extenuating circumstances) | $1,000 |
| Deposition | This cancellation fee is applied if the deposition is cancelled with less than five days notice unless there are extenuating circumstances (exclusive of holidays and weekends) | $1,200 |
| Arbitration/Trial Testimony | Once an expert has committed to being available for arbitration and/or trial testimony a half day or full day will be set aside. With less than four days notice it is not possible for an expert to schedule surgical procedures or make themselves available for patient examinations. (This is exclusive of holidays and weekends.) | 5 or more working days full refund  4 or less working days: no refund |

11249 GOLD COUNTRY BLVD  SUITE 165  GOLD RIVER  CALIFORNIA  95670
TEL 800 403 1647  916 863 7301  FAX 916 863 7206

Page 1

## Depos

| DATE | Doctor | CASE | ACC'T # | PLAINTIFF ATTY | DEFENSE ATTY | TYPE | ROLE | CASE # | VENUE |
|------|--------|------|---------|----------------|--------------|------|------|--------|-------|
| 02/16/21 | Younger | Stafford v Oakmont Res | 12822 | Daniel Newman | Rachel Mandelberg | PI | DEF | 34-2018-00246924 | Sacramento |
| 04/29/21 | Younger | Lungu v Woodside Hotel | 12886 | Tom Paoli | Julie Batz | PI | Def | CV18000336 | Modesto |
| 05/12/21 | Younger | Delapa v Diaz | 12814 | Jordan Schnitzer | Alex He | PI | DEF | 19STCV01836 | Los Angeles |
| 07/30/21 | Younger | Enriquez v CSAA | 13447 | Terry Rockwood | Cary Smith | PI | DEF | 3 72019E+13 | San Diego |
| 09/09/21 | Younger | Gold v Garda CL West | 12042 | Joshua Edlow | Ryan Nilsen | PI | Def | 34-2017-00213774 | Sacramento |
| 10/14/21 | Younger | Avila-Burns v Sentry Alarms | 13020 | Paul Van der Walde | David Perrine | PI | DEF | 17CV319953 | Santa Clara |
| 12/07/21 | Younger | Petrosyan, Armen | 12583 | John Maples | Daniel LaCount | PI | DEF | | Oakland |
| 12/21/21 | Younger | Georgalis v American M | 13623 | Jeffrey Schaff | Maria Lampasona | PI | DEF | 34-2019-00257459 | Sacramento |
| 01/13/22 | Younger | Macdonald v Javelin Log | 13074 | Will Ramey | Craig Jones | PI | DEF | RG20051441 | Alameda |
| 02/18/22 | Younger | Mkrtchyan v Sac County | 13250 | Patrick Dwyer | Carl Fessenden | PI | PLF | 2 17-CV-2366 | Sacramento |
| 04/07/22 | Younger | Weigandt-Thompson v Sacto Housing | 12583 | Jeffrey Schaff | Emily Genge | PI | DEF | 34-2019-00255361 | Sacramento |
| 05/04/22 | Younger | Brown v Starwood Resort | 13643 | Mark Giannamore | David Yu | PI | DEF | BC665796 | Los Angeles |
| 06/09/22 | Younger | Alvarado v Vineyard, MD | 13059 | Gary Kendell | Richard Stefani | MM | Plf | LACL148774 | Iowa |
| 10/18/22 | Younger | Giovingo vs Pacifica Real E | 12620 | Paul Aghablala | Gagik Stepanyan | PI | Def | 17CECG0440 | Fresno |
| 11/03/22 | Younger | Schmidt v Travelers | 13382 | Alan Laskin | Shane Singh | PI | Def | 480AB E5G4860 | Sacto |
| 11/09/22 | Younger | Steffy v University of New M | 13175 | Rachel Berenson | Melissa Calderon | MM | Plaintiff | 202-cv-2020-01612 | New Mexico |
| 01/18/23 | Younger | Ryan v Pacific Bell | 12683 | Jack Vetter | Rick McGreevy | PI | Defense | PC 20180263 | Placerville |
| 02/10/23 | Younger | Forsht v County of Shasta | 13866 | Doug Mudford | Aryan Vahedy | PI | Defense | CVPO21-0196891 | Redding |
| 03/02/23 | Younger | Perez v FCEOC | 12326 | David Mamann | Jang Kang | PI | Defense | 19CECG00045 | Fresno |
| 03/03/23 | Younger | Maksimow v City of SLT | 13977D | Evan Willis | Dan Barzdell | PI | Defense | SC20210070 | El Dorado Cty |
| 03/14/23 | Younger | Tran v Lierly | 13292 | Larry Phan | Kiersten Martindale | PI | Defense | 34-2020-00278168 | Sacramento |
| 06/08/23 | Younger | Williams v Baker/USA | 14381 | Carter White | Benjamin Hall | PI | Plaintiff | 1:16-cv-01540-ADA | Fresno |
| 07/20/23 | Younger | Lieberman v City of Redding | 13318 | Gary Dordick | Patrick Deedon | PI | ** | CVMP21-0197061 | Shasta |
| 08/03/23 | Younger | Langley v. empire Horse & | 13904 | Douglas Vanderpool | Dominic Riploli | PI | Defense | | Roseville |
| 08/31/23 | Younger | Gaon v. Pizza with Pizzazz/ | 14106 | Nathaniel Zwerdling | Dana Denno | PI | Defense | CV2101519 | Eureka |
| 11/29/23 | Younger | Sutter v. Gariepy | 12986 | Chris Wood | Kim Oberrecht | PI | Defense | SCV004458 | Sacramento |
| 02/14/24 | Younger | Magana v. Garcia | 12582 | Taylor Gaines | Matt Jedrzejek/Matt D | PI | Defense | 19STCV12357 | Los Angeles |
| 02/20/24 | Younger | Logan v Muller | 13651 | Rick Lundblade | Gregory McCormikc | PI | Defense | 194899 | Shasta |
| 05/08/24 | Younger | Johnson v. Target | 14857 | Megan Crosbie | Rogelio Serrano | PI | Defense | 23CV031771 | Alameda County |
| 05/23/24 | Younger | Gabrielson v. Sposeto Engi | 14601D | Chuck Geerhart | Matt Constantino, Jes | PI | Defense | 22CV018343 | Alameda |
| 07/11/24 | Younger | Espana v Browning Ferris Ir | 13839 | Marie Ballon | Ronald Specter/ Mike | PI | Defense | 21CV389656 | Santa Clara |
| 09/18/24 | Younger | Warden v. City of Redding. | 15020D | Brian McComas | Tracey Warner/Patric | PI | Defense | 19-cv-00431-TLN-AC | Sacramento |

## TRIALS AND ARBITRATIONS

| DATE | Doctor | TRIAL/ARB | PATIENT NAME | ACC'T # | PLAINTIFF ATTY | DEFENSE ATTY | TYPE | ROLE | CASE # | VENUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/18/21 | Younger | Trial | Colt v Les Schwab Tires | 12861 | Brian Poulter | Jonz Norine | PI | Defense | CU-18-077 | Alturas |
| 04/20/21 | Younger | Trial | Murphy v Delnor Comm | 10402 | Steven Armbruster | Christopher Solfa | MM | Plaintiff | 141,585 | Illinois |
| 05/18/22 | Younger | Trial | Timmerman v Dube | 12433 | Jonathan Whitehead | Rebecca Smith | PI | Defense | CR18-01399 | Reno |
| 08/29/22 | Younger | Trial | Arceo v CUL Guam | 13777 | Voctonno Torres | Geri Diaz | PI | Defense | CV0397-20 | Guam |
| 11/11/22 | Younger | Arbitration | Schmidt v Travelers | 13382 | Alan Laskin | Jeffrey Schultz | PI | Defense | N/A | Sacramento |
| 12/06/22 | Younger | Trial | Weigandt-Thompson, Pat | 13123 | Jeffrey Schaff | Emily Genge | PI | Defense | 34 2019 | Sacramento |
| 11/20/23 | Younger | Trial | Tran v Lierly | 13292 | Larry Phan | Kiersten Martindale | PI | Defense | 34-2020-00278158 | sacramento |
| 12/11/23 | Younger | Trial | Arceo v CUL Guam | 13777 | Voctonno Torres | Geri Diaz | PI | Defense | CV0397-20 | Guam |
| 08/01/24 | Younger | Trial | Anderson v. Allied Waste | 14874 | Robert Buzzard | Mike Willoughby and Ron | PI | Defense | 22CECG01685 | Fresno |