# EXHIBIT 1

## Excerpt of Butler Deposition

# EXHIBIT 1

## Excerpt of Butler Deposition

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


---oOo---


MOHAMMADALI AFSHAR,                    )
                                       )
          Plaintiff,                   )
                                       )
     vs.                               )  #3:24-cv-00110-MMD-CLB
                                       )
JEFFREY BUTLER, PATRICK                )
McCAULEY, SHELBY CRAWFORD,             )
THE CITY OF RENO, a political          )
subdivision of State of               )
Nevada, and DOES I-X,                  )
inclusive,                             )
                                       )
          Defendants.                  )
_____)



DEPOSITION OF JEFFREY RYAN BUTLER

10/07/2024

Reno, Nevada




REPORTED BY:              JOHN MOLEZZO
                          NV CCR #267, CA CSR #7791


JOB LVR 6883830


Page 1

far as what was going through your mind at that

particular moment in time, true?

  A    True.

  Q    I understand you may have talked with the

officers after the fact --                              12:35PM

           Do we need to take a break, John?

           THE REPORTER:  Finish your question.  I'm just

concentrating on keeping up with ya'll.

BY MR. LYON:

  Q    Up to that point, okay.  So you felt he would     12:36PM

not have complied with that order to -- you know, if he

was advised he was under arrest, you thought he would not

accept that?

  A    Not after he had refused all the verbal commands

to back up, no, I did not believe he would.             12:36PM

  Q    Okay.  But you never gave him the opportunity?

  A    I did not, no.

  Q    Is that a common practice to just go hands on on

a defendant without giving them a warning of arrest?

  A    It depends on the circumstances, but, yes, I've    12:36PM

done that numerous times.

  Q    And I have used the term "hands on," I think you

understand what that means, but for the record can you --

what do you understand that terminology to mean?

  A    Physically touching another individual.           12:36PM

                                                    Page 150