KARL S. HALL
Reno City Attorney
ADAM D. CATE
Deputy City Attorney
Nevada State Bar No. 12942
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Jeffrey Butler, Patrick McCauley,*
*Shelby Crawford and the City of Reno*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * ◊ * *

| | |
|---|---|
| MOHAMMADALI AFSHAR, | CASE NO.: 3:24-cv-00110-MMD-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE** |
| vs. | |
| JEFFREY BUTLER, PATRICK MCCAULEY, SHELBY CRAWFORD, THE CITY OF RENO, a political subdivision of the State of Nevada, and DOES 1-X, inclusive, | [ECF No. 34] |
| Defendants. / | |

Counsel for both parties in the above matter hereby stipulate to continue the court ordered settlement conference set on May 14, 2026, at 9:00 a.m. before United States Magistrate Judge Carla Baldwin (ECF No. 33). The parties are available and have agreed to move the settlement conference to the following date:

**May 26, 2026, at 9:00 a.m.**

This is the first request to continue the settlement conference due to the City Manager, who has full authority to negotiate and settle the case, being unavailable due to a City Council

-1-

special session on May 14th, 2026.

DATED this  27th  day of April, 2026.

By: */s/ Kenneth E. Lyon, III*
　　Kenneth E. Lyon, III
　　**Law Offices of Kenneth E. Lyon, III**
　　333 Flint Street
　　Reno, NV 89501
　　*Attorney for Plaintiff*

DATED this  27th  day of April, 2026.

KARL S. HALL
Reno City Attorney

By: */s/ Adam D. Cate*
　　ADAM D. CATE
　　Deputy City Attorney
　　Nevada State Bar No. 12942
　　Post Office Box 1900
　　Reno, Nevada 89505
　　(775) 334-2050
　　*Attorneys for Jeffrey Butler,*
　　*Patrick McCauley, Shelby*
　　*Crawford and the City of Reno*

**IT IS SO ORDERED.**

**DATED:** April 28, 2026

_____
UNITED STATES MAGISTRATE JUDGE