**KENNETH E. LYON, III**
Nevada Bar No. 7071
**LAW OFFICES OF KENNETH E. LYON, III**
333 Flint Street
Reno, Nevada 89501
Telephone: 775.786.4188
Facsimile: 775.786.5573
Email:  ken@lyonlaw.net
*Attorney for Plaintiff*

**KARL S. HALL**
Reno City Attorney
**ADAM D. CATE**
Deputy City Attorney
Nevada State Bar No. 12942
Po Box 1900
Reno, Nevada 89505
Telephone: 775.334.2050
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMMADALI AFSHAR,<br><br>               Plaintiff,<br>vs.<br><br>JEFFREY BUTLER, PATRICK MCCAULEY, SHELBY CRAWFORD, THE CITY OF RENO, a political subdivision of the State of Nevada, and DOES 1-X, inclusive,<br><br>               Defendants. | Case No.  3:24-cv-00110-MMD-CLB<br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

In that all claims and disputes have been resolved:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that the above-entitled matter be dismissed with prejudice.

//

1

The Parties respectfully request this Court's order granting their Stipulation and dismissing this matter with Prejudice.

STIPULATED AND AGREED THIS 14TH DAY OF JULY 2026.

KENNETH E. LYON, III                    ADAM D. CATE

/S/ Kenneth E. Lyon, III                /S/ Adam D. Cate
Kenneth E. Lyon, III                    Karl S. Hall
Nevada Bar No. 7071                     Reno City Attorney
Law Offices of Kenneth E. Lyon, III     Adam D. Cate
333 Flint Street                        Deputy City Attorney
Reno, Nevada 89501                      Nevada State Bar No. 12942
(775) 786-4188                          Post Office Box 1900
                                        Reno, Nevada 89505
                                        (775) 334-2050


Attorney for Plaintiff                  Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATE: July 14, 2026

2